**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**TERESA BENTON, et al.**                                                                    **PLAINTIFFS**

**v.**                                          **CASE NO. 1:11CV00014 BSM**

**NATHERN WOMBLES, et al.**                                                     **DEFENDANTS**

## ORDER OF DISMISSAL

Plaintiffs move for dismissal with prejudice due to settlement. [Doc. No. 29]. The

motion is granted and this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of August 2011.


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE